UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH STECK,<br><br>                    Plaintiff,<br><br>       v.<br><br>NURSE KEPPLER,<br><br>                    Defendant. | NO. ~~C16-532~~ CV15-532 RAJ-BAT<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed Plaintiff's motion to voluntarily dismiss, defendant's response, defendant's motion for summary judgment, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's motion to voluntarily dismiss (Dkt. 14) is **GRANTED but the dismissal is with prejudice.** All pending motions, including defendant's motion for summary judgment (Dkt. 12) are **denied as moot.**

(3)    The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 11th day of July, 2016.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1