UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH STECK,

    Plaintiff,

v.

NURSE KEPPLER,

    Defendant.

Case No. C15-532 RAJ-BAT

**ORDER DENYING MOTION FOR WAIVER OF FILING FEE**

The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, Plaintiff's objections thereto, and the remaining record, does hereby **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's motion for waiver of filing fee (Dkt. 21) is **DENIED.**

(3)    The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 5th day of May, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING MOTION FOR WAIVER OF FILING FEE - 1