UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH STECK,<br><br>               Plaintiff,<br><br>v.<br><br>NURSE KEPPLER,<br><br>               Defendant. | Case No. C15-532 RAJ-BAT<br><br>**ORDER DENYING MOTION TO REOPEN CASE (DKT. 29)** |

The Court, having reviewed Plaintiff's "Objection to Court's Order of Dismissal and Motion to Reopen Case," (Dkt. 29), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, any objections, and the remaining record, does hereby **ORDER**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's motion to reopen case (Dkt. 29) is **denied.**

    (3)    The Clerk of Court is directed to send copies of this Order to plaintiff and counsel for defendant and to Judge Tsuchida.

DATED this 2nd day of August, 2017.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING MOTION TO REOPEN CASE (DKT. 29) - 1